AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Mark Bretz<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) Case No. *1:18-mj-46* |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  June 2015 to June 2018  in the county of  Erie  in the Western District of  Pennsylvania , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2252(a)(2) | receipt of any visual depiction that has traveled in interstate or foreign commerce that involves the use of a minor engaged in sexually explicit conduct from in and around June 2015 to in and around June 2018 |
| 18 U.S.C. Section 875(d) | transmission in interstate commerce of a threat to injure the repuation of the recipient of the threat (the addressee) with the intent to extort a thing of value from any person from in and around June 2017 to in and around June 2018 |

This criminal complaint is based on these facts:

Please see attached affidavit fully incorporated herein by reference

☑ Continued on the attached sheet.

*Complainant's signature*

FBI Special Agent Jason Crouse
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/20/2018

*Judge's signature*

City and state:  Erie, Pennsylvania   U.S. Magistrate Judge Susan Paradise Baxter
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Magistrate No. *1:18-mj-46*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Jason Crouse, being duly sworn depose and say:

    1. I am a Special Agent of the Federal Bureau of Investigation (FBI) presently assigned to the Erie, Pennsylvania resident agency of the FBI. I am responsible for investigating crimes involving the sexual exploitation of minors, including the receipt and possession of visual depictions of minors engaged in sexually explicit conduct.

    2. I submit this affidavit in support of a Criminal Complaint charging Mark Bretz with receipt of material depicting minors engaged in sexually explicit conduct in violation of 18 U.S.C. § 2522(a)(2) and transmitting in interstate commerce a threat to injure the reputation of the recipient of the threat (the addressee) with the intent to extort from any person any thing of value in violation of 18 U.S.C. § 875(d). The following facts do not include each and every fact known to your affiant.

    3. 18 U.S.C. Section 2252(a)(2), which makes it a crime for any person to knowingly receive or distribute material that depicts minors engaged in sexually explicit conduct that has been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer, and 18 U.S.C. Section 875(d) which makes it a crime to, with the intent to extort money or other thing of value from any person, transmit in interstate or foreign commerce any

communication containing a threat to injure the reputation of the recipient of the threat (the addressee).

4. On June 5, 2018, your affiant received information from Detective Chad Roberts of the Aurora, Colorado Police Department concerning an investigation he was conducting into the on-line sextortion of R.M., a sixteen-year-old female high school student whose year of birth is 2001. Detective Roberts, who is also assigned to the Colorado Internet Crimes Against Children Task Force, informed your affiant that based on his investigation he believed the individual who was contacting R.M. was located in the Erie, Pennsylvania area.

5. On April 17, 2018, Detective Roberts was informed by a School Resource Officer at R.M.'s high school located in Colorado, that R.M. was being contacted by an individual over Facebook Messenger with the user name "Jerry Wilde". During these conversations, "Jerry Wilde" coerced and threatened R.M. to send nude images of herself or else "Jerry Wilde" would send out other nude, previously obtained, images of R.M. to her friends and family. Detective Roberts was provided and reviewed a sample of the Facebook messages sent to R.M. A summary of one of the interactions between "Jerry Wilde" and R.M. follows:

> "Wilde" - "wanna be a bitch? Idgaf" (acronym for "I don't give a f***")
>
> "Wilde" - "I'll send your pics around and let everyone see ur body u want that?"
>
> R.M. then asked "Wilde" not to do this and "Wilde" responded that R.M. has one chance to work this out. R.M. asked "Wilde" what he wanted and Wilde then told R.M. to go to the bathroom and do a video call. Wilde told R.M. to put the phone on the toilet, stand up, and take off her hoodie.
>
> "Wilde" - "If you don't do what I say, I'm going to post those pictures of you and everyone will see"
>
> "Wilde" - "Go into the bathroom, put me on video, take your hoodie, shirt, bra…"

"Wilde" then told R.M. to stand up and take off her pants and R.M. responded "anything but that".

"Wilde" - "Do what I fucking say (R.)!!! U got 10 seconds to do it or I'm sending them 5 seconds 3,2,1 imma sending them".

6. R.M. was subsequently interviewed by the School Resource Officer and stated that she did not know who "Jerry Wilde" actually was. R.M. denied ever sending any nude images to "Wilde" and did not know what pictures "Wilde" was referring to in his threats. R.M. also stated that she did not take any of her clothes off when she was video chatting with "Wilde". However, in subsequent interviews conducted by the School Resource Officer and by Detective Roberts, R.M. admitted to sending pictures of her breasts via Snapchat to a number of individuals, including individuals whom she did not know. R.M. further disclosed that on at least two occasions, she sent either recorded or live videos of herself exposing her breasts and/or vaginal area to "Wilde" and/or an individual going by the name "John Helles". R.M. sent the videos as a result of her being threatened to do so.

7. On May 3, 2018, Detective Roberts was informed by the School Resource Officer that R.M. had reported that the same individual who threatened her before had contacted and threatened her again using the name "John Helles". R.M. believed that "John Helles" and "Jerry Wilde" were the same person because they were saying similar things to her and this individual noted that they need to finish what they had started. A summary of "John Helles" Facebook messages to R.M. follows:

"we need to finish this"
"what we started"
"the video a few weeks ago"
"prop the phone"
"k ill snd the video around then"
"idgaf R……"

>"the video that I recorded when we video called"
>"this is ur last chance R…… …"
>"do wat I say…"
>"NOW"
>"I SWEAR TO GOD R….."
>"TAKE IT THE FUCK OFF!"
>"FINE IM SNDING THEM"
>"HAVE FUN CUNT"
>"WELP NOW I GOT THE VIDEO OF UR TITS…"

8. Detective Roberts searched for the Facebook profiles of "John Helles" and "Jerry Wilde" and determined both of the profiles were still active. On May 3, 2018, Detective Roberts obtained a Colorado state court order for subscriber information regarding the accounts **www.facebook.com/jerry.wilde.39** and **www.facebook.com/john.helles.5**. Detective Roberts then served the Order on Facebook and on May 19, 2018, received a response from Facebook that included IP address login information. Detective Roberts reviewed the information received from Facebook and determined that the two accounts shared multiple IP addresses, which indicated that the same person was using both accounts from the same locations. Some of the IP addresses were assigned to a colocation facility in Toronto, Canada. However, the account user also used an IP address that geolocated to Erie, Pennsylvania. This IP address, 174.100.13.148, was owned by Time Warner Cable (Charter Communications) and was used to register the jerry.wilde.39 profile on Facebook on April 17, 2018 at 03:54:55 UTC. The user utilized this IP address to log into that account multiple times in April and May. Detective Roberts also found that the suspect logged into the other Facebook profile, john.helles.5, using this same IP address on May 1, 2018, at 06:17:36 UTC.

9. On May 24, 2018, Detective Roberts obtained a Colorado state court order for subscriber information relating to IP address 174.100.13.148. Detective Roberts served the order

on Charter Communications, and on May 24, 2018, Charter Communications responded to the order with information that indicated IP address 174.100.13.148, during the dates and times relevant to the investigation, was assigned to:

MARK BRETZ

markbretz1990@xxxxxxxxx (redacted)
814-882-xxxx (redacted)

10. Based upon this information, your affiant obtained a federal search warrant on June 19, 2018, authorizing the search of                       Erie for evidence related to the sexual exploitation of minors in violation of federal law.

11. The federal search warrant was executed on June 20, 2018, by your affiant and other law enforcement officers. Upon arrival at                       and after the presence of law enforcement was made known, the door was answered by Mark Bretz's girlfriend. Shortly thereafter, Mark Bretz was encountered by law enforcement officers within the residence.

12. Your affiant then provided Mark Bretz with a copy of the search warrant and advised Bretz that he was free to leave and was not under arrest. Your affiant then asked Bretz if he would be willing to speak with your affiant in private about the investigation. Bretz agreed to speak with your affiant and in order to speak to your affiant in private, Bretz agreed to an interview in your affiant's FBI vehicle. Prior to the commencement of the interview, your affiant informed Bretz of his *Miranda* rights and Bretz waived those rights in writing and agreed to answer questions.

13. During the interview, Bretz disclosed that he has been downloading and viewing child pornography for approximately three years. He also admitted to masturbating to the child

pornography when viewing the material. He acknowledged downloading child pornography from IMGxxx.ru (partially redacted). Bretz further disclosed that he used his HP laptop to download the child pornography and then would save the material on a thumb drive. The HP laptop and the thumb drive revealed by Bretz were located within his residence. A preliminary review of the contents of the thumb drive revealed the presence of numerous images depicting minors engaged in sexually explicit conduct. A number of images of prepubescent minor females exposing their uncovered genital area were discovered on Bretz's thumb drive.

    14. Bretz also disclosed that he fantasized about touching children sexually but claimed that he was not considering actually sexually assaulting a child. Bretz also revealed that he had been extorting girls for naked images and videos for approximately one year. Bretz admitted to using Facebook to extort a "shit ton" of girls and acknowledged that he had succeeded in acquiring naked images and/or video via extortion from approximately five victims. Bretz stated that he screen recorded approximately three to four of the victims whom he extorted and kept images or video of these victims on his thumb drive.

    15. Bretz also admitted that R.M. was among the approximately five victims whom he extorted. He further admitted that he utilized the "Jerry Wilde" and "John Helles" Facebook pages to extort R.M.

    WHEREFORE, based upon all of the foregoing information, I have probable cause to believe that Mark Bretz has violated Title 18, United States Code, Sections 2252(a)(2) and 875(d) or attempted to do so.

The above information is true and correct to the best of my knowledge, information, and belief.

Jason Crouse
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this 20th day of June, 2018.

SUSAN PARADISE BAXTER
United States Magistrate Judge