IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

MARK JOSEPH BRETZ

Criminal No. 18-21   Erie

## ARRAIGNMENT PLEA

Defendant Mark Joseph Bretz

being arraigned, pleads __not guilty__

in open Court this __16th__ day of

__July__, 20 __18__

_____
(Defendant's Signature)

_____
(Attorney for Defendant)